TERMINAL CONSTRUCTION CORPORATION, PLAINTIFF-RESPONDENT, v. BERGEN COUNTY HACKENSACK RIVER SANITARY SEWER DISTRICT AUTHORITY, DEFENDANT-PETITIONER.

*Mr. Walter H. Jones* for the petitioner.

April 27, 1953. Denied.

DIAL PRESS, INCORPORATED, PLAINTIFF-RESPONDENT, v. SIGNEY G. PHILLIPS, DEFENDANT-PETITIONER.

See same case below: 23 *N. J. Super.* 543.

*Mr. Arthur C. Gillette* for the petitioner.

*Messrs. Forman & Forman* and *Mr. Nathan Reibel* for the respondent.

April 27, 1953. Denied.